Case 7:26-cv-05747-KMK Document 20 Filed 09/14/26 Page 1 of 1

# PIRROTTI & GLATT LAW FIRM PLLC

*Anthony Pirrotti, Jr.*
*Adam J. Glatt*

*Counsellors at Law*

September 14, 2026

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Courtroom 521
White Plains, New York 10601

Re: Destefano v. Mutual of Omaha Insurance Company
Case No. 7:26-cv-05747-KMK

Dear Hon. Kenneth M. Karas:

Our family's Dog is dying (cancer) and we may have to seek intervention today.

May I impose upon you for an adjournment of today's tele-conference at 2:00 p.m. please? Counsel for defendant graciously consents, but he is away next week. With your Honor's permission, may we request any of the following days at 2:00 p.m. for a tele-conference appearance?

September 29, 30, or October 1, 2, 5,

No previous request has been made for an adjournment concerning this instant letter Motion.

Granted. The conference for today is moved to 10/ 5 '26, at 12:00 via teleconference
So Ordered.
9/14/26

Thank you.

Very truly yours,

PIRROTTI & GLATT LAW FIRM PLLC

Anthony Pirrotti, Jr.
AJPJR/02

*2 Overhill Road, Suite 200*
*Scarsdale, New York 10583*

*(914) 723-4333*
*Fax (914) 723-4838*

*www.pg-lawfirm.com*